# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| Lindsey Campion, ) | Case No. 10-18596 SBB |
| ) | |
| Debtor. ) | |

## STIPULATION BETWEEN THE DEBTOR AND THE CHAPTER 7 TRUSTEE TO ABANDON TRUSTEE'S INTEREST IN 16749 EAST HIALEAH AVENUE, CENTENNIAL, COLORADO

The Debtor, by and through counsel, and the Chapter 7 Trustee, Taya Sweeden, for their stipulation agree as follows:

1. Debtor has amended her Schedule C to claim as exempt the value and homestead exemption in her home, to wit. 16749 East Hialeah Avenue, Centennial, Colorado.

2. The trustee abandons her right, title and interest in the property and any sales proceeds.

3. Parties agree that the debtor may file this stipulation and a proposed order with the court, ~~no further notice to any creditors or interested parties being necessary~~.

Wherefore is it respectfully requested that this Honorable Court will approve this Stipulation.

Dated this 25 day of May, 2010.

CIMINO & BENHAM, LLC

John A. Cimino, Reg. No. 14032
925 East 17th Avenue
Denver, CO 80218
303-830-7135

ATTORNEY FOR DEBTOR

Taya Sweeden, Trustee
7500 West Mississippi, Suite A120
Lakewood, CO 80226
303-202-1313
Trustee