**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Lindsey Campion | ) | Case No. 10-18596 SBB |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING JOINT STIPULATION BETWEEN THE DEBTOR AND THE CHAPTER 7 TRUSTEE TO ABANDON TRUSTEE'S INTEREST IN 16749 EAST HIALEAH AVENUE, CENTENNIAL, COLORADO**

THIS MATTER is before the Court upon the Joint Stipulation dated May 25, 2010, between the Debtor, by and through counsel, and the Chapter 7 Trustee, Taya Sweeden, to abandon the debtor's home and any sales proceeds therefrom in that residence, to wit, 16749 East Hialeah Avenue, Centennial, Colorado.

THIS COURT, having reviewed the Stipulation and being advised in the premises, approves the Stipulation.

DATED May 27, 2010

BY THE COURT:

*Sid Brooks*

Sidney B. Brooks,
United States Bankruptcy Judge